No. 90–6012.  DOLPHIN v. PHIPPS ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90–6013.  TILLER v. KLINCAR ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 90–6015.  VINSON v. CHAPA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–6019.  CARLTON v. JABE.  C. A. 6th Cir.  Certiorari denied.

No. 90–6024.  VAUGHAN v. ROCK CHURCH, INC.  C. A. 4th Cir.  Certiorari denied.

No. 90–6025.  BENNETT v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 90–6026.  CUNNINGHAM v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–6028.  WOODS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90–6030.  ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–6032.  SCRUGGS v. BRADLEY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 90–6033.  WHITAKER v. PASCARELLA ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 90–6035.  FITE v. BURNS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6040.  HERRON v. KITE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–6046.  TEBBETS v. CITY OF OVERLAND PARK, KANSAS. Ct. App. Kan.  Certiorari denied.

No. 90–6049.  STEELE v. COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 90–6055.  MOORE v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.